UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR SHEVCHENKO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-07-014-CI<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Plaintiff's Complaint and claims are **DISMISSED WITH PREJUDICE**. Judgment is entered for Defendant.

DATED this 2nd day of November, 2007.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk